# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THEODORE FORTUNA,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:08-cv-853-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion For Leave to Withdraw as Counsel (Doc. 4) filed on September 12, 2008.

The United States Magistrate Judge has submitted a report recommending that the motion be denied, and further recommending that the case be dismissed for failure to prosecute and abandonment of her claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 2, 2008 (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion For Leave to Withdraw as Counsel (Doc. 4) is **DENIED**.

3.      All of Plaintiff's claims against all Defendants are hereby **DISMISSED** without

prejudice for failure to prosecute and abandonment of her claim.

4.      The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 21, 2008.


Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge

-2-